Dear Mrs Katrina McClenny,


FILED IN COURT OF APPEALS
12th Court of Appeals District
FEB 17 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

    I have been trying to comply with you on this Appeals process. I really don't understand what I'm doing but reading and studying help me understand it better. I have written a letter to the court that I was convicted in for Appointment of Counsel, but I have heard or Recieved anything from the 241st District Court. I also wrote to my Attorney Mr. Roberson Clifton back in November. 4, 2014 but yet to hear from him.

    Mrs. Katrina McClenny could you please let me know how I go about getting a Court Appointed Attorney to Represent me on this appeal.

on this matter.

    Thank you for your time

Truly,

Dennis Lynch.

Dennis Lynch.

Choice Moore Unit
1700 N FM87
Bonham, Texas 75418
903-583-4460